83,619-02

Date: 9/22/15

PROSE PRISONER & APPLICANT:
SVEN ERIK JOHANSSON #1465256
C.T. TERRELL /R3 unit
1300
Rosharon, Tx. 77583

ATTENTION:
TX.CT.CRIM.APPS., Clerk
Abel Acosta
P.O. BOX 12308, Capitol Station
Austin. Tx. 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 29 2015
Abel Acosta, Clerk

Re, TRL. Ct. # 10,205 & Revocation#23,645 / 11.07 writ #WR83,619-02

Dear Clerk,

Attached hereto is an open letter to both, the Tyler CO. Dist. Clerk, Chyrl Pounds and the Atty who represented me in this bogus revocation hearing now having me illegally confined for almost 3-years. I was never told of any atty being appointed to file my appeal on direct review, never filed any request for appointment of counsel, and no counsel ever sent me any letters regarding such app--ointment......and do not beleive any such appeal has ever been filed.

What I DO KNOW is; I will get to the bottom of all of this, and those people reponsible for for all of the mental anguish and illegal incarceration are going to pay for it in court....somewhere, somehow.

I just wanted to you to know, we will be back in touch on this matter in the very near future....sir.

Until then,

/s/. _Sven Erik Johansson_
SVEN ERIK JOHANSSON #1465256
Applicant prose

ATTENTION:

TX. Ct. Crim. Apps.

%Clerk, Abel Acosta

P.O. BOX 12308 , Capitol Station

Austin. Tx. 78711

Re: Trl Ct. Judgement & Sentence case# 10,205; Offense of Agg.
Assault w/deadly weapon ; Tyler County, Tx. 1st-A Jud.Dist.
Ct.; Habeas Corpus wri # 83,619-02 filed 8/19/15 in Ct.Crim.
App.s ; Supp. clerks rec'd also filed in response to the C.C.A.
order..........MANDAMUS AND 11.07 Habeas Corpus denied without written
order on the claiming "writ was permature, no mandate from dist.
ct. of apps. at time of filing of 11.07 (?)

To all person(s), Cts. & clerks concerned;

In the above case I was illegally arrested and confined and an
alleged probation that I had completed on 9/25/11   was revoked (?)
This was an adjudicated probation and the motion to revoke was not
timely filed.   Sentence was complete.

I filed an 11.07, but, my Representative/Counsel, in the revoca-
-tion hearing was Mitch Adams, I told him after the Judge revoked me
that I wanted to Appeal the dicision. He said "O.K."... But nothing
was ever heard from Mr Adams (or anyone else) about filing my Dir-
-ect Appeal, and I took the steps to file a Writ of Habeas Corpus.

NOW.....as you can see above, im being told by the Ct. Crim.Apps.
(C.C.A.) that an appeal in the nineh Dist. Ct. of Apps was obviously
filed [b]y (?) (SOMEONE) ?

Mr. Adams, my question for you is, : Did you file the Appeal as
you said you would ?   If so,  WHEN...AND Where is my copy of it.?
Also, why was not sent a copy and the states response for my own files
so I would be aware of any decision by the ct.of apps ?   And, if
you did not do the legal work on it, why didn't you write abd tell me.
It would have prevented many wasted hours of filing this 11.07.

Clerk, Tyler Co.Tx..Chyrl Pounds, ma'am,  if what the C.C.A Clerk is
saying/implying about someone filing an appeal in my behalf,  WHY did
I not ever know anything about any ct.appt. counsel, and why has he/she

has not contacted me in any manner to advise me that I had been apptted counsel for filing my direct appeal in this case ?

I am very upset with all of this illegal and fictitious revocation not to mention the illegal confinement, making it impossible for me to fight another illegal act by Jasper Co, who has (without my being aware) Levied and sold my HOMESTEAD for $23,000.oo.....

I fully intend to sue every person that is involved in all FRAUD and illegal confinement.

Some answers to all my questions herein would be qdvised, and in A TIMELY MANNER.

THANK YOU.

/s/. _Sven Erik Johansson_

SVEN ERIK JOHANSSON #1465256
C.T.TERRELL/R3 unit (TDCJ-ID)

## CERTIFICATE OF SERVICE AND AFFIDAVIT

I, SVEN ERIK JOHANSSON #1465256, do state under penalty of perjury that I have sent by prisonmail drop box a copy of this open letter to 1st-A Judicial Dist Clerk of Tyler County, Tx. Ms. Chyrl Pounds, 100 W. Bluff , 203 Courthouse, Woodville, TX. 75979-5220; AND: ATTY AT LAW, MITCH ADAMS, 432-A S. Bonner Ave., Tyler, Tx. 75702; AND: TX COURT OF CRIM. APPS. &CLERK, Abel Acosta, P.O. BOX 12308, Capitol Station, Austin, Tx. 78711 on this 22 day of Sept. 2015.

/s/ _Sven Erik Johansson_

SVEN ERIK JOHANSSON #1465256
C.T.TERRELL/R3 unit (TDCJ-ID)